THE LANE LAW FIRM, PLLC
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| LG SOLAR, LLC | § | |
| | § | |
| | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 25-33315 |

**MOTION TO WAIVE REQUIREMENT OF LOCAL BANKRUPTCY RULE 2090-4 FOR DESIGNATION OF LOCAL COUNSEL**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION OR REQUEST FOR HEARING IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242-1496, WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THE FILING OF THIS MOTION, UNLESS THE COURT, SUA SPONTE, OR UPON TIMELY APPLICATION OF A PARTY IN INTEREST, SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION OR REQUEST FOR HEARING.**

**IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. THE COURT RESERVES THE RIGHT TO SET ANY MATTER FOR HEARING.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW LG Solar, LLC (the "Debtor") and its counsel, The Lane Law Firm, PLLC ("Movant"), file this Motion to Waive Requirement of Local Bankruptcy Rule 2090-4 for Designation of Local Counsel (the "Motion"), and would respectfully show the court as follows:

1.  On August 28, 2025 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code").

2.  On August 28, 2025, Movant filed an application to employ, and the 21 days has not expired per the negative notice language, specifically related to the Northern

District Local Bankruptcy Rule 2090-4.

  3. Movant does not maintain an office within 50 miles of the Northern District. Local Bankruptcy Rule 2090-4 requires an attorney appearing in a case in the Northern District to obtain local counsel, if that attorney does not reside or maintain an office within 50 miles of the Northern District.

  4. Movant's office is located in Houston, Texas. Lead counsel Robert C. Lane is admitted to practice in all federal districts of Texas, including the Northern District of Texas and the United States Court of Appeals for the Fifth Circuit. Attorney Robert C. Lane has appeared in more than twenty Northern District civil cases and several bankruptcy cases in this district. Local Rule 2090-4 permits waiver of the requirement for Local Counsel, by the Court, on a case-by-case basis. Movant's extensive experience in representing debtors in Subchapter V cases, in addition to the ease of modern travel and remote technology, obviates the need for local counsel. Movant is able to travel to the Dallas area within 6 hours to attend a hearing on short notice, should the need arise. Based upon the above, Movant believes that good cause exists for a waiver in this instance.

  WHEREFORE PREMISES CONSIDERED, Debtor and its Counsel The Lane Law Firm, PLLC respectfully request that the Court waive the requirement for Local Counsel pursuant to Local Rule 2090-4, and for any other relief that is just.

            Respectfully submitted,

            THE LANE LAW FIRM, PLLC

            */s/Robert C. Lane*
            Robert C. Lane
            State Bar No. 24046263
            notifications@lanelaw.com
            6200 Savoy, Suite 1150
            Houston, Texas 77036
            (713) 595-8200 Voice
            (713) 595-8201 Facsimile
            PROPOSED COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the Debtor's Motion to Waive Local Counsel Requirement was served upon the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, and by electronic mail as listed below on August 29, 2025:

<u>Debtor:</u>
LG Solar, LLC
7241 S Central Expressway
Dallas, TX 75216

<u>US Trustee:</u>
Office of the U.S. Trustee:
1100 Commerce Street
Room 976
Dallas, TX 75242
ustpregion06.da.ecf@usdoj.gov

<u>Parties Requesting Notice</u>
ustpregion06.da.ecf@usdoj.gov

                                                          */s/ Robert "Chip" Lane*
                                                          Robert "Chip" Lane

```
Label Matrix for local noticing          LG SOLAR, LLC                            U.S. Attorney
0539-3                                    7241 S Central Expy                     1100 Commerce, 3rd Floor
Case 25-33315-swe11                       Dallas, TX 75216-4011                   Dallas, TX 75242-1074
Northern District of Texas
Dallas
Fri Aug 29 07:04:42 CDT 2025

U.S. Attorney General                     1100 Commerce Street                    Ally Bank
Department of Justice                     Room 1254                               c/o AIS Portfolio Services LLC
Washington, DC 20001                      Dallas, TX 75242-1305                   4515 N Santa Fe Ave Dept APS
                                                                                  Oklahoma City, OK 73118-7901


American Express                          Ameris Bank                             Arch Insurance Co.
Bankruptcy Unit                           3490 Piedmont Rd Ne                     Attn: Jessica Derenbecker
Po Box 297817                             Atlanta, GA 30305-4829                  PO Box 542033
Ft Lauderdale, FL 33329-7817                                                      Omaha, NE 68154-8033


Arch Insurance Co.                        Arch Insurance Co.                      (p)BALBOA CAPITAL CORPORATION
PO Box 542033                             Three Parkway 1500                      575 ANTON BOULEVARD
Omaha, NE 68154-8033                      Philadelphia, PA 19102-1327             12H FLOOR
                                                                                  COSTA MESA CA 92626-7169


(p)BANK OF AMERICA                        Capital One                             (p)COMERICA BANK
PO BOX 982238                             P.O. Box 71087                          ATTN MC 7599
EL PASO TX 79998-2238                     Charlotte, NC 28272-1087                36455 CORPORATE DR
                                                                                  FARMINGTON HILLS MI 48331-3552


Financial Pacific Bank                    Financial Pacific Leasing               Guadalupe Martinez
Po Box 4568                               3455 S. 344th Way Ste 300               7241 S Central Expy
Federal Way, WA 98063-4568                Federal Way, WA 98001-9546              Dallas, TX 75216-4011


Luis Guzman                               Marlin Leasing Corporation-PEAC solutions   OnDeck Capital
100 S Meadow Dr                           Po Box 637                              Attn: Director of Operations
Ferris, TX 75125-2821                     Mount Laurel, NJ 08054-0637             4700 W Daybreak Pkwy Ste 200pwy
                                                                                  South Jordan, UT 84009-5130


OnDeck Capital                            Royal Auction Group, Inc.               TMobile for Business
Attn: Director of Operations              4916 Hwy 287 N. Access                  Po Box 742596
4700 W. Daybreak Pwy Suite 200            Bowie, TX 76230                         Cincinnati, OH 45274-2596
South Jordan, UT 84009-5133


Texas Department of Transportation        Texas Dept of Transportation            The Lane Law Firm
3029 SH 29 East                           Attn: General Counsel Division          6200 Savoy Dr Ste 1150
Burnet, TX 78611                          125 E. 11th St                          Houston, TX 77036-3369
                                          Austin, TX 78701-2483


Umpqua Bank                               United States Trustee                   Verizon Connect Fleet USA, LLC
445 Se Main St                            1100 Commerce Street                    Po Box 15043
Roseburg, OR 97470-4900                   Room 976                                Albany, NY 12212-5043
                                          Dallas, TX 75242-0996
```

Washburn 4 Holdings LLC
5710 E Loop 281 S
Longview, TX 75602-7194

Robert Lane
The Lane Law Firm PLLC
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Balboa Capital Corporation
575 Anton Blvd 12th Floor
Costa Mesa, CA 92626

Bank of America
Attn: Bankruptcy Dept.
4161 Piedmont Pkwy
Greensboro, NC 27410-8110

Comerica Bank
1717 Main St
Dallas, TX 75201-4612

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)LG SOLAR, LLC
7241 S Central Expy
Dallas, TX 75216-4011

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32