Annmarie Chiarello
Texas Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile:  (214) 745-5390
achiarello@winstead.com

**ATTORNEYS FOR
COMERICA BANK**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-33315 (SWE) |
| | § | |
| LG SOLAR, LLC | § | Chapter 11 |
| | § | |
| DEBTOR. | § | Sub-Chapter V |

### NOTICE OF APPEARANCE, REQUEST FOR ALL
### NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Winstead PC ("Winstead"), appearing on behalf of Comerica Bank, hereby submits this Notice of Appearance in the above-captioned case and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including, without limitation, all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and § 342 of the Bankruptcy Code.  All notices given or required to be given in this case shall be served upon Winstead as follows:

>Annmarie Chiarello
>**Winstead PC**
>500 Winstead Building
>2728 N. Harwood Street
>Dallas, Texas 75201
>Telephone:  (214) 745-5400
>Facsimile:  (214) 745-5390
>e-mail:  achiarello@winstead.com

---

NOTICE OF APPEARANCE                                                                                                 Page 1 of 3

This notice of appearance is not a waiver of any right to challenge the eligibility of the Debtor for relief under the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any notice of fee applications, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether transmitted or conveyed by mail, electronic delivery, hand delivery, telephone, facsimile, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any adversary proceeding related thereto.

**DATED:  August 29, 2025.**

          Respectfully submitted,

By: /s/ *Annmarie Chiarello*
    Annmarie Chiarello
    Texas Bar No. 24097496
    **WINSTEAD PC**
    500 Winstead Building
    2728 N. Harwood Street
    Dallas, Texas 75201
    Telephone:  (214) 745-5400
    Facsimile:   (214) 745-5390
    achiarello@winstead.com

    **ATTORNEYS FOR COMERICA BANK**

## CERTIFICATE OF SERVICE

      The undersigned certifies that on August 29, 2025, a true and correct copy of the foregoing Notice of Appearance will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

      */s/ Annmarie Chiarello*
      Annmarie Chiarello